LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CROCKETT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>　　　　　　Defendants. | CASE NO. C 06 0607 MEJ<br><br>Before the Honorable Maria-Elena James<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:　May 4, 2006<br>Conference Time:　10:30 a.m.<br>Location:　Courtroom B, 15th Floor<br>　　　　　　　San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 4, 2006 Case Management Conference ("CMC") to _September 7, 2006_, at _10:00 a.m._. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: _April 28, 2006_

_____
Honorable Maria-Elena James
United States Magistrate Judge

I:\4500.ZYPREXA\Client Folders\Crockett.47119\Complaint\CMC.PROPOSED.ORDER.doc

- 3 -　　[PROPOSED] ORDER